UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSEPH W. FINFROCK,

        Plaintiff,

vs.                          Case No. 2:10-cv-232-FtM-36SPC

WILLIAM P. WISE, Sheriff, DeSoto
County Jail and P. YACINA, Deputy
J-13,

        Defendants.

**ORDER REGARDING PRISONER CONSENT
FORM AND FINANCIAL CERTIFICATE**

This matter comes before the Court upon initial review of the file.

Joseph Finfrock, a plaintiff who is proceeding *pro se*, initiated this action as a pretrial detainee at the Desoto County Jail by filing a Civil Rights Complaint Form (Doc. #1, Complaint) on April 19, 2010.[1] See Complaint. Plaintiff filed a motion for leave to proceed *in forma pauperis*, but failed to file the requisite Prisoner Consent Form and Financial Certificate.[2]

Accordingly, it is hereby

**ORDERED:**

---

[1] Plaintiff was formerly a civil detainee at the Florida Civil Commitment Center, but initiated this action as a pre-trial detainee.

[2] Plaintiff did file a copy of his Inmate Financial Account.

1. Plaintiff must **either** file a fully completed motion for leave to proceed *in forma pauperis* by completing the attached Prisoner Consent Form and Financial Certificate, or pay the $350.00 filing fee, **on or before May 14, 2010.**

2. Failure to comply with this Order will result in the **dismissal** of this action without further notice.

**DONE AND ORDERED** at Fort Myers, Florida, this __21st__ day of April, 2010.



SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

```
SA: ALJ
Copies:    All parties of record
Attach:    Prisoner Consent Form and Financial Certificate
```

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

_____,

Plaintiff,

-vs-    Case No. _____

_____,

Defendant.
_____

**PRISONER CONSENT FORM
AND FINANCIAL CERTIFICATE**

I, _____, Plaintiff in the above-entitled action, understand that:

1. If I submit a civil complaint (for example, a civil rights action under 42 U.S.C. § 1983 or 28 U.S.C. § 1331), pursuant to the Prison Litigation Reform Act of 1995, 28 U.S.C. § 1951 (as amended), **I must pay the $350.00 filing fee in full**. This means that, regardless of the Court's disposition of my case (which may include dismissal), I AM STILL OBLIGATED TO PAY THE ENTIRE $350.00 FILING FEE; and

2. I must request that an authorized official at my present place of confinement complete the Financial Certificate below and attach a computer printout reflecting all transactions in my prison account for the six month period preceding the filing of my complaint. If I have not been incarcerated at this institution for six months, I must also obtain account printout(s) **from each penal facility** at which I may have been confined during the relevant six month period and provide the printout(s) to the authorized official completing my Financial Certificate. If I fail to provide printouts for the entire six month period or do not satisfactorily explain my inability to do so to the Court, my motion to proceed *in forma pauperis* may be denied and/or my case may be **dismissed without further notice**; and

3. The officials at the institution at which I am presently confined or any institution to which I may be transferred are hereby authorized to forward to the Court an initial filing fee, which shall be 20% of my average monthly balance (line #2 of the Financial Certificate, below) or the average monthly deposits to my account (line #3 of the Financial Certificate, below), whichever is greater; and

4. The officials at the institution at which I am presently confined or any institution to which I may be transferred are hereby authorized to make additional monthly payments from my account until the balance of the required $350.00 filing fee is paid. These additional monthly payments will be equal to 20% of all of the preceding month's deposits to my account. Institution officials shall submit these monthly payments directly to the Court whenever the funds in my account exceed $10.00 until the full filing fee is paid.

_____    _____

2/01

Signature of Prisoner                                              Date


_____          _____
Prisoner's Name [print]                                  Prisoner Number


*******************************************************************************

## **FINANCIAL CERTIFICATE**

(To Be Completed by Authorized Penal Official)

COMPUTER PRINTOUT(S) REFLECTING ALL TRANSACTIONS IN THE
INMATES PRISON ACCOUNT(S) FOR THE PRECEDING SIX MONTHS MUST BE ATTACHED

1.   CURRENT ACCOUNT BALANCE                                           _____

2.   AVERAGE MONTHLY BALANCE FOR PRECEDING SIX MONTHS_____

3.   AVERAGE MONTHLY DEPOSITS FOR PRECEDING SIX MONTHS_____

4.   INITIAL FILING FEE: 20% of the greater of #2 or #3           _____
     (Subject to verification by the Court.)


*   It is the inmate's responsibility to obtain the required printout(s) from each institution at which the inmate may have been confined during the preceding six months and to provide them to the official completing this form.

   If printouts or the above calculations do not represent the preceding six month period in its entirety, the official completing this form should explain here:



   **I hereby certify that, as of this date, the above information for the prison account of the inmate named herein is correct.**



_____          _____
Signature of Authorized Official                         Date


2/01                                                           -4-